IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10669

_____

(D.C. Docket No. 00-00212-CV)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 27, 2007
THOMAS K. KAHN
CLERK

BILLIE THOMPSON,
PATRICIA BROWN,

                                                     Plaintiffs-Appellants,


versus


GLADES COUNTY BOARD OF COUNTY COMMISSIONERS,
GLADES COUNTY SCHOOL BOARD,
HOLLY WHIDDEN GREEN, Glades County Supervisor of Elections,

                                                     Defendants-Appellees,


ROBERT GIESLER, et al.,

                                                     Defendants.


--------------------------
On Appeal from the United States District Court for the
Middle District of Florida
--------------------------

(Opinion July 24, 2007, 493 F.3d 1253, 11th Cir. 2007)

(November 27, 2007)


Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.


BY THE COURT:

        A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.